UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

ANNIE WHITE,

        Plaintiff,

        v.

SCHWANS CONSUMER BRANDS INC,

        Defendant.

**JUDGMENT IN A CIVIL CASE**

Case No. 23-cv-0147-bhl

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict

☒ **Decision by Court.** This action came before the Court for consideration. The Court has decided the issues and rendered a decision.

    **IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff recover nothing and the case is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6).

    Dated at Milwaukee, Wisconsin on March 14, 2024.

                                                              GINA M. COLLETTI
                                                               Clerk of Court

                                                               s/ *Julie D.*
                                                               (By) Deputy Clerk